# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 2:09-cv-1637-LDG-VCF |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. MOORE, | |
| Defendant. | |

Defendant Moore has filed a motion to set aside final judgment of permanent injunction and other relief (#10, response #12). Moore's motion is based on an alleged violation of his Sixth Amendment right to effective assistance of counsel. Such a right does not exist in a civil action such as this, and to the extent that Moore is asserting claims against his former attorney and the State Board of Accountancy, such third party claims have not been consented to by the SEC. Accordingly,

THE COURT HEREBY ORDERS that defendant Moore's motion to set aside final judgment (#10) is DENIED.

THE COURT FURTHER ORDERS that, given the disposition of Moore's motion to set aside final judgment, plaintiff Securities and Exchange Commission's motion to show cause (#13) is DENIED without prejudice to its reinstatement within 60 days from the date of this order.

DATED this 23 day of September, 2016.

_____
Lloyd D. George
United States District Judge